# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HUBBLE,<br><br>                    Plaintiff,<br><br>   v.<br><br>DR. MARKS, *et al.*,<br><br>                    Defendants. | 3:22-cv-00277-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 27 |

Before the court is Plaintiff's Motion to Exclude from Mediation (ECF No. 27).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Exclude from Mediation (ECF No. 27) is **GRANTED** to the extent that this case shall be excluded from the inmate mediation program. An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track. The parties are free to privately discuss settlement if they so choose.

DATED: November 9, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1