UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHRISTOPHER HUBBLE,

               Plaintiff,

v.

DR. MARKS, *et al.*,

               Defendants.

Case No. 3:22-cv-00277-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

The Office of the Attorney General did not accept service of process on behalf of Defendants Rusty Donnelly and Donald Poag, who are no longer employees of the Nevada Department of Corrections. (ECF No. 39.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 40.)

The Clerk shall ISSUE summonses for **Rusty Donnelly** and **Donald Poag** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 40.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 26), the screening order, (ECF No. 25), and this order to the U.S. Marshal for service on Defendants Donnelly and Poag. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that if the above-named Defendants are not served by **February 8, 2023**,[1] they may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: December 2, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the court's order (ECF No. 31).