# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER HUBBLE,

                 Plaintiff,

v.

DR. MARKS, et al.,

                 Defendants.

3:22-cv-00277-MMD-CSD

**ORDER**

Before the court is Defendants' Notice to the Court (ECF No. 73).  Defendants advise that Plaintiff's entire medical file consists "of at least 1000 pages and would cost Plaintiff around $600 for a copy of the entire medical file." (*Id.* at 2.)

**IT IS HEREBY ORDERED** that Plaintiff shall determine what pages he needs from his medical file to be provided to Plaintiff's expert/physician.  Plaintiff shall be required to pay $150 toward the total copying costs.

DATED: March 9, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1