# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHRISTOPHER HUBBLE,

                            Plaintiff,

  v.

DR. MARKS, et al.,

                        Defendants.

3:22-cv-00277-MMD-CSD

**ORDER**

Re: ECF No. 117

Before the court is Plaintiff's Motion for Refund of Filing Fees Deduction. (ECF No. 117.)

The court was advised by the Clerk's Office that Plaintiff's full filing fee has been paid and that it received an overpayment of $350.00.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Refund of Filing Fees Deduction (ECF No. 117) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall refund Plaintiff the amount of $350.00 for the overpayment.

DATED:  August 19, 2025.



_____
Craig S. Denney
United States Magistrate Judge