DAN WINDER, ESQ.
Nevada Bar No. 1569
**DAN WINDER LAW OFFICE**
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 474-0523
winderdanatty@aol.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER HUBBLE,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. DANA MARKS, et al.;<br><br>    Defendant. | CASE NO.: 3:22-CV-00277-mmd-CSD |

### ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE

### (First Request)

**COMES NOW**, CHRISTOPHER HUBBLE, by and through his attorney, DAN WINDER, ESQ., of the Law Office of Dan M. Winder, P.C.,, and Defendant, DR. DANA MARKS, by and through his attorney, DOUGLAS R. RANDS, ESQ., Senior Deputy Attorney General, State of Nevada and hereby stipulate and agree to the continue the trial date in the instant case that is **currently scheduled for November 18, 2025**.:

IT IS HEREBY STIPULATED AND AGREED that the trial scheduled for November 18, 2025 in this matter be continued until a date and time convenient to the Court, but no earlier than March 12, 2025.

This is the first Stipulation to continue the trial date herein.

This stipulation is brought pursuant to LR IA 6-1.

The basis for this request is that the undersigned counsel was not hired until October 1, 2025, and requires additional time to familiarize himself with the factual and legal issues herein, in order to provide effective assistance of counsel.

Dated this 24th day of October, 2025.

| /s/ Dan Winder | /s/ Douglas R. Rands |
|---|---|
| DAN WINDER, ESQ. | DOUGLAS R. RANDS, ESQ. |
| **DAN WINDER LAW OFFICE** | Senior Deputy Attorney General |
| 3507 W. Charleston Blvd. | Aaron D. Ford |
| Las Vegas, Nevada 89102 | ATTORNEY GENERAL |
| (702) 474-0523 | State of Nevada |
| winderdanatty@aol.com | drands@ag.nv.gov |
| *Attorney for Plaintiff* | Attorneys for Defendant Dana Marks |

IT IS THEREFORE ORDERED that the trial date of November 18, 2025, is hereby vacated and reset for the trial stack of **May 5, 2026, at 9:00 a.m.**, in Courtroom 5 with telephonic Calendar Call on **April 13, 2026, at 9:00 a.m.** in Courtroom 5. All other deadlines shall remain those specified in this Court's Order Regarding Trial, ECF 110 unless modified by further order of the Court.

DATED this 27th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE