AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendant*
*Dana Marks*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HUBBLE, | Case No.  3:22-cv-00277-MMD-CSD |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE JURY TRIAL** |
| DR. MARKS, et al., | |
| Defendants. | |

Defendant, Dana Marks by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and Plaintiff, Christopher Hubble, by and through his counsel, Dan Winder of Dan Winder Law Office, hereby stipulate and request that this Court continue the Jury Trial scheduled for May 5, 2026 to a date convenient to the Court and Parties.

This is the second request for a continuance. This Request for a continuance is not sought for any improper purpose or other purpose of delay. This request for a brief extension of time is necessary because Counsel for the Defendants is scheduled to be in Memphis Tennessee during that week for the graduation of his granddaughter from high school.  Additionally, Counsel has another out of town trip planned for the week of May 22, 2026.  Therefore, this brief continuance is necessary due to the schedule of Counsel and the once in a lifetime graduation ceremony of his granddaughter.  A trial in June or July would be preferable, if dates are available on the Court's calendar.

///

1

1  This is the second Stipulation to Continue Trial. The first was at the request of Counsel for the Plaintiff, and was to allow him to familiarize himself with the case and the evidence. This stipulation is brought pursuant to LR IA 6-1. Therefore, the parties request a short continuance of the trial currently set for May 5, 2026.

IT IS SO STIPULATED.

DAN WINDER LAW OFFICE

By:   /s/ Dan M. Winder
DAN WINDER, ESQ.
Attorneys for Plaintiff


By:   /s/ Douglas R. Rands
AARON D. FORD, ESQ.
DOUGLAS R. RANDS, ESQ.
Attorneys for Defendant

**IT IS SO ORDERED.**

DATED this 5th day of December, 2025.

UNITED STATES DISTRICT JUDGE