**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHRISTOPHER HUBBLE,

Plaintiff,

v.

DR. DANA MARKS, et al.,

Defendants.

Case No. 3:22-cv-00277-MMD-CSD

**ORDER**

Re: ECF No. 134

Before the court is Plaintiff's motion to extend discovery deadline, filed on August 17, 2026. (ECF No. 134.) On August 19, 2026, the parties filed a stipulated motion to extend discovery. (ECF No. 135.) The court granted that request. Accordingly, Plaintiff's motion is **DENIED** as moot. (ECF No. 134.)

**IT IS SO ORDERED.**

DATED: August 20, 2026.

Craig S. Denney
United States Magistrate Judge