**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER R. HUBBLE,<br>Plaintiff<br>v.<br>DANA MARKS, et al.,<br>Defendants | Case No.: 3:22-cv-00277-MMD-CSD<br>**Order**<br>Re: ECF No. 138 |

Defendant Dana Marks has filed a motion for protective order regarding the deposition noticed deposition of Sonnette Caldwell-Bar on September 25, 2026 at 1:00 p.m. (ECF No. 138.) On September 21, 2026, Plaintiff served the deposition notice for September 25, 2026, and counsel for Defendant notified Plaintiff he was not available on shortened notice, that Ms. Caldwell-Barr no longer worked for NDOC and would need to be subpoenaed, and asked that the notice be withdrawn to avoid this motion. No response was received to that communication. (ECF No. 138.)

Defendants' motion (ECF No. 138) is **GRANTED** insofar as the deposition of Ms. Caldwell-Barr will **not** proceed as noticed on September 25, 2026. The parties are ordered to meet and confer to stipulate to extend discovery for the limited purpose of taking Ms. Caldwell-Barr's deposition (and any resulting extensions of deadlines), and regarding the scheduling of Ms. Caldwell-Barr's deposition. **IT IS SO ORDERED**.

Dated: September 24, 2026

Craig S. Denney
United States Magistrate Judge